| | |
|---|---|
| 1 | STEPHEN M. TIGERMAN (SBN 112127) |
|   | tigerman@htlawoffices.com |
| 2 | **HAROWITZ & TIGERMAN LLP** |
|   | 450 Sansome Street, 3rd Floor |
| 3 | San Francisco, CA  94111 |
| 4 | Telephone: 415.788.1588 |

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVANGELINA DELEON, Individually and as Successor-in-Interest to SALVADOR M. SAAVEDRA, Decedent; MARIA ELENA SAAVEDRA; SANDY RAMIREZ; JAMES FRANCISCO SAAVEDRA; JUAN CARLOS SAAVEDRA; OSCAR SAAVEDRA; SALVADOR SAAVEDRA, JR.; and DOES ONE through TEN, inclusive, <br><br>Plaintiffs, <br><br>vs. <br><br>AC AND S, INC., et al., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 3:12-cv-5447 <br><br>(Superior Court of the State of California for the County of Alameda Case No.: RG10543234) <br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a); DEFENDANT FOSTER WHEELER, LLC'S WITHDRAWAL OF NOTICE OF REMOVAL; [~~PROPOSED~~] ORDER OF DISMISSAL AND REMAND** |

WHEREAS Plaintiffs EVANGELINA DELEON, Individually and as Successor-in-Interest to SALVADOR M. SAAVEDRA, Decedent; MARIA ELENA SAAVEDRA; SANDY RAMIREZ; JAMES FRANCISCO SAAVEDRA; JUAN CARLOS SAAVEDRA; OSCAR SAAVEDRA; and SALVADOR SAAVEDRA, JR. want this case to be remanded to Alameda Superior Court and Defendant FOSTER WHEELER LLC wants to be dismissed from this case, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs

EVANGELINA DELEON, Individually and as Successor-in-Interest to SALVADOR M. SAAVEDRA, Decedent; MARIA ELENA SAAVEDRA; SANDY RAMIREZ; JAMES FRANCISCO SAAVEDRA; JUAN CARLOS SAAVEDRA; OSCAR SAAVEDRA; and SALVADOR SAAVEDRA, JR., and counsel for Defendant FOSTER WHEELER, LLC, that pursuant to Federal Rules of Civil Procedure 41(a)(2), the Complaint of Plaintiffs in the above-captioned action may be and is hereby dismissed with prejudice as to Defendant FOSTER WHEELER, LLC, only. The parties shall each bear their own costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between counsel for Plaintiffs EVANGELINA DELEON, Individually and as Successor-in-Interest to SALVADOR M. SAAVEDRA, Decedent; MARIA ELENA SAAVEDRA; SANDY RAMIREZ; JAMES FRANCISCO SAAVEDRA; JUAN CARLOS SAAVEDRA; OSCAR SAAVEDRA; and SALVADOR SAAVEDRA, JR., and counsel for Defendant FOSTER WHEELER, LLC, that FOSTER WHEELER, LLC withdraws its Notice of Removal in the instant action as it is moot in light of the forgoing stipulated dismissal. As such, FOSTER WHEELER, LLC stipulates to and agrees with Plaintiffs' request that the case be remanded

**IT IS SO STIPULATED.**

Dated: October 25, 2012

**HAROWITZ & TIGERMAN LLP**

By: _____
STEPHEN M. TIGERMAN (SBN: 112127)
Attorney for Plaintiffs

Dated: October 26, 2012

**BRYDON HUGO & PARKER**

By: _____
THOMAS J. MOSES (SBN: 116002)
Attorney for Defendant
FOSTER WHEELER, LLC

STIPULATION TO DISMISS DEFENDANT FOSTER WHEELER, LLC AND FOSTER WHEELER, LLC'S
WITHDRAWAL OF NOTICE OF REMOVAL            2

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS' COMPLAINT AS TO DEFENDANT FOSTER WHEELER, LLC IS DISMISSED WITH PREJUDICE.  EACH PARTY IS TO BEAR ITS OWN COSTS.

IT IS FURTHER ORDERED THAT FOSTER WHEELER, LLC'S NOTICE OF REMOVAL IN THIS ACTION IS WITHDRAWN, AND THAT THIS CASE BE IMMEDIATELY REMANDED TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA.

Dated: 11/6/12



Hon. Judge Phyllis J. Hamilton
IT IS SO ORDERED